IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                    No. CIV S-07-2131 MCE EFB P

      vs.

HUMPHREYS, et al.,

       Defendants.             ORDER

_____/

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified trust account statement.

/////

/////

1

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2  required trust account statement. Failure to comply with this order will result in a
3  recommendation that this action be dismissed.
4  So ordered.
5  DATED: October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE