IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

    Plaintiff,                       No. CIV S-07-2131 MCE EFB P

    vs.

HUMPHREYS, et al.,

    Defendants.              <u>ORDER</u>

        On November 7, 2007, plaintiff filed a first set of interrogatories, and on November 26, 2007, plaintiff filed a request for production of documents.

        Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

        Plaintiff's November 7, 2007, first set of interrogatories and November 26, 2007, request for production of documents are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

        So ordered.

Dated: November 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE