IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

        Plaintiff,                      No. CIV S-07-2131 MCE EFB P

    vs.

HUMPHREYS, et al.,

        Defendants.              ORDER

_____/

       On October 30, 2008 and November 6, 2008, plaintiff filed documents entitled first set of interrogatories and request for first production of documents.

       Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c). This is the second time the court has had to advise plaintiff of these rules. *See* Nov. 29, 2007 Order.

/////

/////

/////

1

1  Plaintiff's October 30, 2008 and November 6, 2008 first set of interrogatories and request
2  for first production of documents are stricken and the Clerk of the Court shall make a notation on
3  the docket to that effect.
4  So ordered.
5  DATED: November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2