IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

    Plaintiff,                          No. CIV S-07-2131 MCE EFB P

    vs.

HUMPHREYS, et al.,

    Defendants.                   <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel in an action brought under 42 U.S.C. § 1983. Defendant Nelson requests an extension of time to file and serve a responsive pleading to plaintiff's complaint. *See* Fed. R. Civ. P. 6(b).

    Defendant Nelson's February 6, 2009, request is granted and defendant has until March 26, 2009 to file and serve a responsive pleading.

    So ordered.

Dated: February 18, 2009.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE